## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**ANDRES GOMEZ,**

    **Plaintiff**                         Case Number:  1:20-cv-22274-KMW

**QUICK CASH AUTO LOANS, INC.,**

    **Defendant**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) herby gives this Honorable Court notice of dismissal of this action with prejudice.

                                             Respectfully submitted,

Dated: June 22, 2020                  */s/ Alberto R. Leal*.
                                               Alberto R. Leal
                                               Florida Bar No.: 1002345
                                               E-Mail: al@thelealfirm.com
                                               The Leal Law Firm, P.A.